IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COREY MILLEDGE,

    Petitioner,

v.                                          Case No. 4:14cv295-MW/CAS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 24. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus is **DENIED**. ECF No. 1. A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on April 17, 2017.**

                                                            s/Mark E. Walker    
                                                            **United States District Judge**